# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CRIMINAL CASE**

vs.

**Case Number: 7:08-CR-28      (GHL)**

**GEORGIA CECILIA CROCKETT**

_____     Robert Bogdan, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s)__3 and 4__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** On Count Three, Disorderly Conduct, in violation of Title 18   United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Law, and on Count Four, Resisting Arrest, in violation of Title 18 United States Code, Sections 7 & 13, assimilating Section 205.50 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $150.00 on each count and a special assessment of $5.00.  Total amount of the fines and special assessment amounts to $305.00, payable no later than August 15, 2008.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Counts 1 and 2 of the Information are dismissed on motion of the United States.

____May 15, 2008_____
Date of Imposition of Sentence

____May 20, 2008_____
DATE SIGNED

_____
George H. Lowe
United States Magistrate Judge